No. 77, Misc. STEVENSON *v.* UNITED STATES. Court of Claims. Certiorari denied. *Carl L. Shipley* and *Thomas A. Ziebarth* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.

No. 79, Misc. HUCKS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles E. Robbins* and *Benedict F. FitzGerald, Jr.* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.

No. 81, Misc. MARSHALL *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 83, Misc. SMITH *v.* NEW MEXICO. Supreme Court of New Mexico. Certiorari denied.

No. 84, Misc. MULLIGAN *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 85, Misc. LAMBERT *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 86, Misc. EVANS *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied.

No. 92, Misc. GOMEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.